FRANK X. SCHWAB, Respondent, *v.* ROSS GRAVES et al.,
Appellants.

*Appeal — notice of appeal served more than sixty days after entry of
judgment and service of copy thereof — motion to dismiss granted.*

*Schwab* v. *Graves*, 221 App. Div. 357, appeal dismissed.

(Submitted February 13, 1928; decided February 21, 1928.)

MOTION to dismiss an appeal from a judgment entered
July 12, 1927, upon an order of the Appellate Division
of the Supreme Court in the fourth judicial department,
reversing in part a judgment entered upon a decision
of the court on trial at an Equity Term and adjudging
that a contract entered into between the city of Buffalo
and the town of Cheektowaga was null and void.

The motion was made upon the ground that the appeal
was not taken within the time required by statute.

*George P. Keating* and *Fred C. Maloney* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

LAVINIA LALLY, Respondent, *v.* EMILIE L. CRONEN,
Individually and as Executrix of CATHERINE M. LALLY,
Deceased, Appellant, Impleaded with Others.

(Submitted February 13, 1928; decided February 21, 1928.)

Motion for reargument and to amend remittitur denied,
with ten dollars costs and necessary printing disburse-
ments. (See 247 N. Y. 58.)

---

ELFRIDA MELLISH, Appellant, *v.* ATCHISON, TOPEKA AND
SANTA FE RAILWAY COMPANY, Respondent.

(Submitted February 13, 1928; decided February 21, 1928.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 247 N. Y.
540.)